**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN MELLQUIST,

     Plaintiff,

v.                                                                    Case No: 8:13-cv-2939-T-30TGW

STATE OF FLORIDA, 12TH DISTRICT
CIRCUIT COURT and SARASOTA
COUNTY SHERIFF,

     Defendants.

_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #31), Notices of Additional Information (Dkts. #32, #33) filed by Plaintiff, and Plaintiff's Objections (Dkt. #34).

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Notices and Objections, in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.      The Report and Recommendation (Dkt. #31) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.      The Amended Complaint (Dkt. #4) is dismissed without prejudice.

3.      The Motion for Leave to Proceed *In Forma Pauperis* (Dkt. #29) shall remain pending, affording the Plaintiff an opportunity to file within thirty (30) days of the date of this Order a cognizable Second Amended Complaint that complies with the Federal Rules of Civil Procedure.

4.      The Defendant shall not file any other "notices" or pleadings regarding discovery or evidence of his claim until the Court has determined whether he may proceed *in forma pauperis*. Any notice or other correspondence filed by the Plaintiff the Court deems inappropriate will be stricken.

5.      Plaintiff's failure to timely comply with this Order may result in the dismissal of this case without further notice.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of May, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

S:\Odd\2013\13-cv-2939 adopt 31.docx

2