UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN MELLQUIST,

      Plaintiff,

v.                                                                   CASE No. 8:13-CV-2939-T-30TGW

STATE OF FLORIDA, et al.,

      Defendants.

_____

## REPORT AND RECOMMENDATION

This cause came on for consideration upon the pro se plaintiff's

Motion for Leave to Proceed In Forma Pauperis and Affidavit of Indigency

(Doc. 29) pursuant to 28 U.S.C. 1915 seeking a waiver of the filing fee for his

complaint against the defendants.

Under 28 U.S.C. 1915(a)(1), the court may authorize the filing

of a civil lawsuit without prepayment of fees if the affiant submits an affidavit

that includes a statement of all assets showing an inability to pay the filing fee

and a statement of the nature of the action which shows that he is entitled to

redress. Even if the affiant proves indigency, the case shall be dismissed if the action is frivolous or malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. 1915(e)(2)(B)(i), (ii).

The plaintiff's second amended complaint is grossly deficient and incomprehensible (Doc. 41). Thus, it does not contain "a short and plain statement of the grounds for the court's jurisdiction" or "a short and plain statement of the claim showing that the [plaintiff] is entitled to relief." Rule 8(a), Fed.R.Civ.P. The second amended complaint fails to make clear the nature of the claim being asserted, or the basis of the court's jurisdiction.

The plaintiff's last complaint asked this court "to assume jurisdiction over the criminal process" of a pending state criminal proceeding (Doc. 4, p. 8). Among other reasons, that complaint was dismissed based upon the Younger v. Harris, 401 U.S. 37 (1971), abstention doctrine. The plaintiff was given the opportunity to make a showing of exception to the abstention doctrine, but he has failed to do so.

For these reasons, the plaintiff's second amended complaint is subject to dismissal. 28 U.S.C. 1915(e)(2)(B)(ii). Furthermore, because the

plaintiff has already had the opportunity to amend his complaint, I recommend that this case be dismissed without any further leave to amend.

Respectfully submitted,

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: JUNE _4_, 2014

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal.  28 U.S.C. 636(b)(1).